# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR182 |
| vs. | |
| TREVON GREEN, | ORDER |
| Defendant. | |

Defendant appeared for an arraignment on June 28, 2017. Defendant was represented by his attorney, Michael Hansen and the government was represented by Matt Lierman. Defendant, by and through his attorney, made an oral Motion to Amend the Conditions of Release to allow him to travel to Colorado with his mother from July 1, 2017 through July 6, 2017. The Court finds that Defendant's oral Motion to Amend the Conditions of Release should be granted.

Accordingly,

IT IS ORDERED that Defendant's conditions of release are modified and Defendant may travel to Colorado from July 1, 2017 through July 6, 2017.

Dated this 29th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge