IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR182 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TREVON GREEN, | |
| Defendant. | |

The defendant, Trevon Green, has moved to continue the trial (filing no. 46). The motion to continue is unopposed by counsel for the Government. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Trevon Green's unopposed motion to continue trial (filing no. 46) is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on February 12, 2018, or as soon thereafter as the case may be called. Jury selection will be held at commencement of trial.

3) Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

December 20, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge